■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT ELY, Appellant.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ H. CLAY DLANEY et al., Respondents, v. JOSEPH CAROLE, Appellant.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ BENJAMIN HIRSON, Respondent, v. SIMBA CORPORATION et al., Appellants, et al., Defendants.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of THOMAS THACHER, as Superintendent of Insurance of the State of New York, Respondent, v. UNITED CONSTRUCTION WORKERS, UNITED MINE WORKERS OF AMERICA — S. H. POMEROY COMPANY WELFARE FUND, Appellant.— No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ. [29 Misc 2d 936.]

■ WILLIAM H. HARTLEY, Respondent, v. ADOLPH KASTOR & BROS., INC., et al., Appellants.— No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PUGH, Appellant.— No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ SAMUEL WINN, Respondent, v. MARTIN RARBACK, Appellant.— No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND DEEGAN, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GOMPERS, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ AMERICAN FIDELITY FIRE INSURANCE COMPANY, Respondent, v. LAURENCE G. DUNTON, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVA JOHNSON, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ In the Matter of ALLENHURST REALTIES, INC., v. HILTON HOTELS CORPORATION.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ WILLIAM MEYER v. WEST END EQUITIES, INC.— Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ GLORIA SCOTT v. HENRY SCOTT.— Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.